IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIRIGAN SOLUTIONS LLC, | |
| Plaintiff, | Civil Action No. 23-232 |
| v. | (Judge Schwab) |
| SNOWQI, et al., | |
| Defendants. | |

## [~~PROPOSED~~] CONSENT JUDGMENT

The undersigned consent to the following judgment:

1. Plaintiff and Defendant have already signed a mutually satisfactory settlement agreement with an agreed upon settlement amount of USD $10,000.00;

2. The funds up to USD $10,000.00 total shall be released from the Defendant's Walmart.com account associated with "GHCD Co.Ltd, 101223963, 10001243323";

3. Walmart shall wire the payment to Plaintiff's Counsel's bank account using bank account information provided to Walmart by Plaintiff's Counsel.

_____
Brian Samuel Malkin Attorney for
the Plaintiff

_____
Defendant GHCD Co.Ltd (Zelong Huang)

**SO ORDERED.**

s/ Arthur J. Schwab    4/27/23
_____
Arthur J. Schwab
UNITED STATES DISTRICT JUDGE